UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-79-FDW

| | | |
|---|---|---|
| EDDIE LEVORD TAYLOR, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| DENNIS DANIELS, | ) ) ) | |
| Respondent. | ) ) | |

**THIS MATTER** is before the Court on Petitioner's Pro Se Motion for Summary Judgment, (Doc. No. 26), filed on January 23, 2015.

On August 15, 2014, this Court granted summary judgment to Respondent in this action, filed pursuant to 28 U.S.C. § 2254. (Doc. No. 17). The Clerk entered Judgment on the same day. (Doc. No. 18). Because the Court has already dismissed this action, the Court will deny the pending motion as moot.

**IT IS THEREFORE ORDERED** that Petitioner's Pro Se Motion for Summary Judgment, (Doc. No. 26), is **DENIED** as moot.

Signed: January 26, 2015

Frank D. Whitney
Chief United States District Judge

-1-